**UNITED STATES BANKRUPTCY COURT**
NORTHERN___ **DISTRICT OF** ILLINOIS___

EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: JOHN MALONE and | § | Case No. 11-31192 |
| JEANNE MALONE | § | Hon. SUSAN PIERSON SONDERBY |
|  | § | Chapter 7 |
|  | § |  |
| Debtor(s) |  |  |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that
ALLAN J. DeMARS_____ , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications, which are
summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at
the Office of the Clerk, at the following address:

219 S. Dearborn  Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the
Final Report, must file a written objection within ____21 days from the mailing of this notice, serve a
copy of the objections upon the trustee, any party whose application is being challenged and the United
States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held
at _10:30a.m.___ on _02/07/2012___ in Courtroom _642_____ , _Dirksen Federal Building_____ Courthouse,
219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Clerk U. S. Bankruptcy Court _____

(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe St.
Suite 910
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**

NORTHERN   **DISTRICT OF** ILLINOIS

EASTERN DIVISION

In re:   JOHN MALONE and
JEANNE MALONE

§
§
§
§
§

Case No. 11-31192
Hon. SUSAN PIERSON SONDERBY
Chapter 7

Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---:|
| *The Final Report shows receipts of* | $20,000.00 |
| *and approved disbursements of* | $25.06 |
| *leaving a balance on hand of* [1] | $19,974.94 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 5 | Internal Revenue Service | $183,201.36 | $183,201.36 | $0.00 | $15,001.82 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $15,001.82 |
| Remaining balance: | $4,973.12 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| *Trustee, Fees* ALLAN J. DeMARS | $2,750.00 | $0.00 | $2,750.00 |
| *Trustee, Expenses* ALLAN J. DeMARS | $18.12 | $0.00 | $18.12 |
| *Attorney for Trustee, Fees* ALLAN J. DeMARS | $2,205.00 | $0.00 | $2,205.00 |
| *Attorney for Trustee, Expenses* ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

*Charges,   U.S. Bankruptcy Court*

*Fees, United States Trustee*

Other

Total to be paid for chapter 7 administrative expenses:      $4,973.12

Remaining balance:      $0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for*                          , *Fees* | | | |
| *Attorney for*                         , *Expenses* | | | |
| *Accountant for*                          , *Fees* | | | |
| *Accountant for*                         , *Expenses* | | | |
| Other | | | |

Total to be paid for prior chapter administrative expenses:      $0.00

Remaining balance:      $0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | | $0.00 |
| Remaining balance: | | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____ $84,141.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be ____0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1,2,3,4 | SEE CLAIMS REGISTER FOR NAMES | $84,141.73 | $0.00 | $0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | | $0.00 |
| Remaining balance: | | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be ____0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | | $0.00 |
| Remaining balance: | | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ ALLAN J. DeMARS

Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-31192-SPS
John Malone                                                             Chapter 7
Jeanne Malone
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: mflowers        Page 1 of 3        Date Rcvd: Jan 10, 2012
                            Form ID: pdf006        Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2012.
db/jdb      +John Malone,   Jeanne Malone,   920 South Chestnut Avenue,   Arlington Heights, IL 60005-2567
17608600    +Affinity Health Care Imaging,   1051 West Rand Road,   Arlington Heights, IL 60004-2315
17608601    +Al Biancalana,   1706 North 75th Avenue,   Elmwood Park, IL 60707-4127
17608602    +Bank of America/LaSalle Bank,   135 S. LaSalle Street,   Chicago, IL 60603-4157
17608603    +Blitt and Gaines PC,   661 Glenn Avenue,   Wheeling, IL 60090-6017
17608604    +Chase,   201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
17881140     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17608605    +Codilis & Associates, PC,   15W030 North Frontage Road,   Suite 100,   Willowbrook, IL 60527-6921
17608611     Department of the Treasury,   Internal Revenue Service,   PO BOX 7346,
              Philadelphia, PA 19101-7346
17608607    +Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
17608608    +First Merit Bank, NA,   1606 North Harlem Avenue,   Elmwood Park, IL 60707-4302
17608610    +Illinois Bone & Joint,   5057 Payshere Circle,   Chicago, IL 60674-0001
17608613    +Mike Rohrwassen,   Nine north Vail Avenue,   Arlington Heights, IL 60005-1486
17608614    +North Shore Universal Health System,   23056 Network Place,   Chicago, IL 60673-1230
17608615    ##+Northwest Community Health Services,   Post Office Box 276,   La Grange, IL 60525-0276
17608616    +Northwest Community Hospital,   800 W. Central Road,   Arlington Heights, IL 60005-2392
17608617    +Plains Commerce Bank/Credit One,   Po Box 1059,   Aberdeen, SD 57402-1059
17608618    +Talbots,   1 Talbots Dr,   Hingham, MA 02043-1583
17839511    +Talbots,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
17608619    +The Peoples Bank of Arlington Heigh,   41 South Vail Avenue,   Arlington Heights, IL 60005-1840
17796291    +The Peoples' Bank of Arlington Heights,   c/o Golan & Christie LLP, Caren A. Leder,
              70 W. Madison street, Suite 1500,   Chicago, Illinois 60602-4265


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17608611     E-mail/Text: cio.bncmail@irs.gov Jan 11 2012 08:14:25     Department of the Treasury,
              Internal Revenue Service,   PO BOX 7346,   Philadelphia, PA 19101-7346
17608609    +E-mail/Text: blyong@golanchristie.com Jan 11 2012 08:14:28     Golan & Christie LLP,
              70 West Madison Street,   Suite 1500,   Chicago, IL 60602-4265
17608612    +E-mail/Text: brenden.magnino@mcmcg.com Jan 11 2012 08:14:26     Midland Credit Management,
              Post Office Box 939019,   San Diego, CA 92193-9019
17776736    +E-mail/Text: brenden.magnino@mcmcg.com Jan 11 2012 08:14:26     Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
                                                                              TOTAL: 4


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17608606   ##+Commission Express,   201 East Ogden Avenue,   Suite 130,   Hinsdale, IL 60521-3664
                                                                  TOTALS: 0, * 0, ## 1


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: mflowers          Page 2 of 3          Date Rcvd: Jan 10, 2012
                             Form ID: pdf006          Total Noticed: 24

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2012**                          **Signature:** _____

```
District/off: 0752-1          User: mflowers          Page 3 of 3          Date Rcvd: Jan 10, 2012
                              Form ID: pdf006         Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 6, 2012 at the address(es) listed below:
          Allan J DeMars    alland1023@aol.com
          Kori M Bazanos    on behalf of Creditor  Burdell Associates, Inc. d/b/a Commission Express
           kori@bazanoslaw.com
          Monette W Cope    on behalf of Creditor  FIRSTMERIT BANK ecfnil@weltman.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Richard L Hirsh   on behalf of Creditor  FIRSTMERIT BANK richala@sbcglobal.net
                                                                              TOTAL: 5